NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JADE TRADING, LLC, BY AND THROUGH,
ROBERT W. ERWIN AND LAURA KAVANAUGH
ERVIN, ON BEHALF OF ERVIN CAPITAL, LLC,
PARTNERS OTHER THAN THE TAX MATTERS PARTNER,**
*Plaintiffs-Appellees,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5103

---

Appeal from the United States Court of Federal Claims in No. 03-CV-2164, Judge Mary Ellen Coster Williams.

---

**JUDGMENT**

---

DAVID D. AUGHTRY, Chamberlain, Hrdlicka, White, Williams & Aughtry, of Atlanta, Georgia, argued for plaintiffs-appellees.  With him on the brief was LINDA S. PAINE.

JOAN I. OPPENHEIMER, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With her on the brief were GILBERT S. ROTHENBERG, Acting Deputy Assistant Attorney General, and RICHARD FARBER, Attorney.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and LINN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 12, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |